**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | :    Chapter 7 |
| INNERLIGHT WORLDWIDE, INC., | : |
| | :    Case No. 15-10980 (LSS) |
| Debtor. | : |
| | : |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT OF THE ADMINISTRATION OF THE ESTATE AND FINAL APPLICATION FOR COMPENSATION (the "TFR") filed with the Court on June 12, 2018 [Docket No. 59]. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the TFR appears thereon. Pursuant to the NOTICE OF TRUSTEE'S AMENDED FINAL REPORT AND APPLICATION FOR COMPENSATION [Docket No. 60] objections to the TFR were to be filed and served no later than July 10, 2018 at 4:00 p.m.

                                                        /s/ Jeoffrey L. Burtch, Esquire
                                                        Jeoffrey L. Burtch, Esquire
                                                        Chapter 7 Panel Trustee
                                                        P. O. Box 549
                                                        Wilmington, DE 19899-0549
                                                        (302) 472-7427

Dated: July 16, 2018